**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kyrief Deshawn Larnelle Kelly, Appellant.

Appellate Case No. 2017-002555

———

Appeal From Charleston County
Thomas L. Hughston, Jr., Circuit Court Judge

———

Unpublished Opinion No. 2020-UP-288
Submitted October 1, 2020 – Filed October 14, 2020

———

**APPEAL DISMISSED**

———

Chief Appellate Defender Robert Michael Dudek, of Columbia; and Kyrief Deshawn Larnelle Kelly, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.